FILED
2006 Mar-28  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:04-cv-566-LSC-TMP |
| ) | |
| STATE OF ALABAMA BOARD OF ) | |
| PARDONS AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 10, 2006, recommending that the plaintiff's motions for preliminary injunction (Doc.'s #24 and #28) be denied. The magistrate judge further recommended that the defendants' special report be treated as a motion for summary judgment and that it be granted and this action dismissed without prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the plaintiff's motions for preliminary injunction (Doc.'s #24 and #28) are due to be denied. Additionally, the defendants' motion for summary judgment is due to be granted and this action is due to be dismissed without prejudice. A Final Judgment will be entered.

The Clerk is DIRECTED to serve a copy of this order upon the plaintiff and upon counsel for the defendants.

Done this 28th day of March 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153